**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI,<br>                      Debtor. | Chapter 11<br>Case No. 23-12055 (SHL) |
| RUBY FREEMAN and WANDREA' ArSHAYE MOSS,<br>                      Plaintiffs,<br>    v.<br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI,<br>                      Defendant. | Adv. Pro. No. No. 24−01320 (SHL)<br><br>**ORDER** |

Upon consideration of Plaintiffs' letter dated March 11, 2024 (ECF No. 4), and pursuant to Federal Rule of Bankruptcy Procedure 9006(b) and the parties' agreement, it is hereby

**ORDERED** as follows:

Plaintiffs shall file their motion for summary judgment by **April 5, 2024;**

Any opposition to the motion for summary judgment shall be filed by **May 8, 2024**;

Any reply in support of the motion for summary judgment shall be filed by **May 22, 2024.**

Defendant's time to answer the Complaint is extended to **April 24, 2024.**

Dated: March 22, 2024
White Plains, New York

                                      */s/ Sean H. Lane*
                                  UNITED STATES BANKRUPTCY JUDGE