UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI,<br><br>        Debtor. | Chapter 11<br><br>Case No. 23-12055 (SHL) |
| RUBY FREEMAN and WANDREA' ArSHAYE MOSS,<br><br>        Plaintiffs,<br>  v.<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI,<br><br>        Defendant. | Adv. Pro. No. 24-1320 (SHL)<br><br>**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE** |

  **PLEASE TAKE NOTICE** that, on February 23, 2024, Ruby Freeman and Wandrea' ArShaye ("Shaye") Moss (together, the "Plaintiffs"), plaintiffs in the above captioned adversary proceeding (the "Adversary Proceeding") against Mr. Rudolph W. Giuliani a/k/a Rudolph William Giuliani (the "Debtor" and, together with the Plaintiffs, the "Parties"), filed the *Complaint to Determine Dischargeability of Debt* [Docket No. 1] in the United States Bankruptcy Court for the Southern District of New York (the "Court"), to determine the dischargeability of the Debtor's debt to Plaintiffs under 11 U.S.C. § 523(a)(6).

  **PLEASE TAKE FURTHER NOTICE** that, on February 23, 2024, the Court filed the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Docket No. 2], scheduling an Adversary Proceeding pre-trial conference for April 11, 2024 at 11:00 A.M. (ET).

  **PLEASE TAKE FURTHER NOTICE** that, on March 11, 2024, the Plaintiffs filed a *Letter* [Docket No. 4] with the Court, requesting that the Court convene a pre-motion conference to discuss the Plaintiff's forthcoming motion for summary judgment.

  **PLEASE TAKE FURTHER NOTICE** that, on March 13, 2024, the Court held the requested pre-motion conference and, as set forth on the record, rescheduled the pre-trial conference from April 11, 2024 to April 4, 2024 at 2:00 P.M. (ET).

  **PLEASE TAKE FURTHER NOTICE** that, the pretrial conference scheduled for April 4, 2024 is further adjourned to **May 14, 2024 at 11:00 A.M. (ET)**, and will be held remotely before the Honorable Sean H. Lane of the United States Bankruptcy Court for the Southern

District of New York. Directions on how to attend the second pre-trial status conference are available by visiting the Court's website at https://www.nysb.uscourts.gov/content/judge-sean-h-lane or by contacting chambers directly at (914) 467-7241 to receive the Zoom meeting ID and password. Any person wishing to participate in or listen to the second pre-trial status conference is required to register at least twenty four (24) hours in advance using the eCourt Appearance tool at https://www.nysb.uscourts.gov/ecourt-appearances.

[*Remainder of Page Left Intentionally Blank*]

Dated: April 3, 2024

/s/ Rachel C. Strickland

Rachel C. Strickland
Aaron E. Nathan
James H. Burbage
M. Annie Houghton-Larsen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
rstrickland@willkie.com
anathan@willkie.com
jburbage@willkie.com
mhoughton-larsen@willkie.com

Michael J. Gottlieb (admitted *pro hac vice*)
Meryl Governski (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
mgottlieb@willkie.com
mgovernski@willkie.com