**Hearing Date: July 18, 2024 at 2:00 p.m. (Eastern Time)**

| | |
|---|---|
| Rachel C. Strickland<br>Aaron E. Nathan<br>James H. Burbage<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>rstrickland@willkie.com<br>anathan@willkie.com<br>jburbage@willkie.com<br><br>Michael J. Gottlieb<br>Meryl Governski (admitted *pro hac vice*)<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006<br>mgottlieb@willkie.com<br>mgovernski@willkie.com | Von A. DuBose (*pro hac vice* forthcoming)<br>DUBOSE MILLER LLC<br>75 14th Street NE<br>Suite 2110<br>Atlanta, GA 30309<br>Telephone: (404) 720-8111<br>dubose@dubosemiller.com<br><br>John Langford<br>Rachel Goodman<br>UNITED TO PROTECT DEMOCRACY<br>82 Nassau Street, #601<br>New York, NY 10038<br>Telephone: (202) 579-4582<br>john.langford@protectdemocracy.org<br>rachel.goodman@protectdemocracy.org |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI<br><br>                           Debtor. | Chapter 11<br><br>Case No. 23-12055 (SHL) |
| RUBY FREEMAN and WANDREA' ArSHAYE MOSS,<br><br>                           Plaintiffs,<br><br>                           v.<br><br>RUDOLPH W. GIULIANI<br>a/k/a RUDOLPH WILLIAM GIULIANI,<br><br>                           Defendant. | Adv. Pro. No. 24-01320 |

## NOTICE OF HEARING ON MOTION
## FOR SUMMARY JUDGMENT ON JULY 18, 2024 AT 2:00 P.M. (ET)

**PLEASE TAKE NOTICE** that, on April 5, 2024, Ruby Freeman and Wandrea' ArShaye ("Shaye") Moss (together, the "Plaintiffs"), plaintiffs in the above-captioned cases of Rudolph W. Giuliani a/k/a Rudolph William Giuliani (the "Debtor"), filed the *Plaintiffs' Motion for Summary Judgment and Memorandum of Law in Support of Motion for Summary Judgment* [Docket No. 7] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, on July 3, 2024, the Court held a status conference and, as set forth on the record, adjourned the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will now be held on **July 18, 2024 at 2:00 p.m. (prevailing Eastern Time)** (the "Hearing") before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, Courtroom 701, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that **the Hearing will be conducted both in-person and via Zoom videoconference**. Parties wishing to participate in the Hearing via Zoom videoconference, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/content/judge-sean-h-lane) no later than 4:00 p.m. (prevailing Eastern Time) on the business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Motion, or if you want the Court to hear your position on the Motion, then you or your attorney must attend the Hearing in person at the Court. If you or your attorney do not follow the foregoing steps, the Court may decide that you do not oppose the relief requested in the Motion and may enter an order granting the relief requested by the Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and other pleadings filed in this proceeding may be obtained by visiting the Court's website at https://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

July 9, 2024

By: */s/ Rachel C. Strickland*

Rachel C. Strickland
Aaron E. Nathan
James H. Burbage
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
rstrickland@willkie.com
anathan@willkie.com
jburbage@willkie.com

Michael J. Gottlieb
Meryl C. Governski (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
mgottlieb@willkie.com
mgovernski@willkie.com

Von A. DuBose (*pro hac vice* forthcoming)
DUBOSE MILLER LLC
75 14th Street NE
Suite 2110
Atlanta, GA 30309
Telephone: (404) 720-8111
dubose@dubosemiller.com

John Langford
Rachel Goodman
UNITED TO PROTECT DEMOCRACY
82 Nassau Street, #601
New York, NY 10038
Telephone: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

3